1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 19-00704-AB (FFMx)

Suzanne Baggaley, et al.,

        Plaintiff,

v.

Collection at Law, Inc.,

        Defendant.

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 8, 2019

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE